## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-123 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| TRACY LEE DAVIS, | |
| Defendant. | |

---

Christian Wilton, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jennifer Speas, **SPEAS LAW FIRM, PA,** 310 Fourth Avenue South, Suite 1020, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the request made by the defendant for early termination of probation. On August 3, 2007, the defendant was placed on supervision for a period of 3 years supervised release. The defendant requests that his term of probation be terminated because he believes that he has been successful complying with the terms of his probation. U.S. Probation has indicated they are supportive of the request and in addition, the Government does not object to the request.

Based upon defendant's request, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the defendant's request for early release from supervision is **GRANTED**.

DATED: October 9, 2009
at Minneapolis, Minnesota            ____ s/John R. Tunheim _____
                                                JOHN R. TUNHEIM
                                         United States District Judge